| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

REJI SAMUEL, et al., § 
§
       Plaintiffs, §
§
v. §   CIVIL ACTION NO. 1:13-CV-323
§
SIGNAL INTERNATIONAL L.L.C., §
et al., §
§
       Defendants. §

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 5.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 86), which recommends that the court deny the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 38). The Defendants filed timely objections (Doc. No. 91) to the report, and the Plaintiffs filed a response (Doc. No. 99).

Pursuant to the Defendants' objections, the court has conducted a de novo review of the magistrate judge's report and recommendation based on the relevant pleadings, motions, and responses. See Fed. R. Civ. P. 72(b)(3). After careful consideration, the court concludes that the magistrate judge correctly determined that the Defendants' motion to dismiss should be denied. Consequently, the Defendants' objections are without merit.

It is **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 86) is **ADOPTED**; and the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) of Malvern C.

Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 38) is **DENIED**.

SIGNED at Beaumont, Texas, this 12th day of June, 2014.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE