UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKSHMANAN PONNAYAN ACHARI, et al | CIVIL ACTION |
| VERSUS | NO: 13-6218 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| GEORGE PAILY PAULOSE CHAKKIYATTIL, et al | CIVIL ACTION |
| VERSUS | NO. 13-6219 |
| SIGNAL INTERNATIONAL LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| SABU PUTHUKKUTTUMEL VEEDE KRISHNAKUTTY, et al | CIVIL ACTION |
| VERSUS | NO. 13-6220 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| VARGHESE KURISINKAL DEVASSY et al | CIVIL ACTION |
| VERSUS | NO. 13-6221 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| PRAVIN KUMAR SINGH, et al | CIVIL ACTON |
| VERSUS | NO. 14-732 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

| | |
|---|---|
| GEORGE KUTTY PUTHIYA P. THOMAS, et al | CIVIL ACTION |
| VERSUS | NO. 14-1818 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| REJI SAMUEL, et al | CIVIL ACTION |
| VERSUS | NO. 14-2811 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| BIJU MAKRUKKATTU JOSEPH, et al | CIVIL ACTION |
| VERSUS | NO. 14-2826 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| SATHEESH KANNAN MARIMUTHU, et al | CIVIL ACTION |
| VERSUS | NO. 15-2295 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| RAJU MEGANATHAN, et al | CIVIL ACTION |
| VERSUS | NO. 15-2296 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

---

| | |
|---|---|
| SRINIVASA RAO KAMBALA, et al | CIVIL ACTION |
| VERSUS | NO. 15-2297 |
| SIGNAL INTERNATIONAL, LLC, et al | SECTION "E" (3) |

## **ORDER**

**IT IS ORDERED** that the Clerk of Court mark the above actions closed for statistical purposes. These cases may be reopened upon motion of any party if any of the unlocated plaintiffs are located so that they may be paid pursuant to the settlement agreement.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction. This order shall not prejudice the rights of the parties to this litigation.

**New Orleans, Louisiana, this 26th day of May, 2017.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**